**Order entered July 9, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00328-CV

## ELDA TELLE, Appellant

## V.

## CAPITAL TITLE OF TEXAS, LLC, Appellee

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-01185-2021**

## ORDER

Before the Court is appellee's July 8, 2021 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **July 19, 2021**.

/s/     CRAIG SMITH
        JUSTICE